# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Robin T. Shipp**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00085-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin Goldade et al**,** | ) | |
| | ) | |
| Defendant, | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 19, 2020 Order.

March 19, 2020

Frank G. Johns, Clerk
United States District Court